IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:18-CR-22 |
| | ) | |
| Plaintiff | ) | JUDGE:  SOLOMON OLIVER, JR. |
| | ) | |
| vs. | ) | |
| | ) | |
| PHILLIP DURACHINSKY, | ) | **DEFENDANT PHILLIP DURACHINSKY'S** |
| | ) | **MOTION FOR LEAVE TO FILE** |
| Defendant | ) | **MOTION EX PARTE AND UNDER SEAL** |


Now comes the Defendant Phillip Durachinsky, by and through counsel, and respectfully moves the Court (pursuant to Local Rule 49.4) for leave to file the Defendant's forthcoming motions regarding declaring this case a mega case, as well as a proposed CJA Litigation Budget, ex parte and under seal.

Respectfully submitted,

/s/ Thomas E. Conway
Thomas E. Conway (Reg. 0021183)
Attorney for Defendant
55 Public Square  Suite 2100
Cleveland, Ohio  44113
(216) 210-0470 - Phone
(216) 696-1718 - Fax
 teconway@sbcglobal.net - Email


**CERTIFICATE OF SERVICE**

I certify that the forgoing was filed electronically on June 19, 2018.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system, and can be accessed through said system.

/s/ Thomas E. Conway
Thomas E. Conway
Attorney for Defendant