IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 1:18-CR-22 | |
| Plaintiff ) | JUDGE:  SOLOMON OLIVER, JR. | |
| vs. ) | | |
| PHILLIP DURACHINSKY, ) | **DEFENDANT PHILLIP DURACHINSKY'S** | |
| Defendant ) | **MOTION FOR A CONTINUANCE TO FILE HIS SUPPRESSION MOTION** | |

Defendant Phillip Durachinsky, by and through counsel, respectfully requests a 30 day continuance, until <u>April 29, 2019</u>, in which to file his motion to suppress evidence. Currently, that motion is due by March 29, 2019.  Reasons in support of this request are as follows:

1. Defense counsel has enlisted the efforts of a forensic computer expert in order to provide him with a technical analysis of Defendant's laptop computer regarding an issue that is central to his forthcoming motion to suppress evidence.

2. The expert and the FBI made arrangements for the computer analysis to take place at the Columbus FBI Office, since the expert is located in Columbus.  The forensic analysis process is currently ongoing, and the expert is hopeful to be finished with the suppression motion relevant part of his analysis, by mid-April.

3. Defendant's expert has been concurrently involved in other forensic matters, which, along with logistical hurdles in the case at bar, have resulted in slower than originally anticipated progress.

4. This request is not being made for the purpose of delay.

        Respectfully submitted,

        /s/ Thomas E. Conway
        Thomas E. Conway (Reg. 0021183)
        Attorney for Defendant
        55 Public Square  Suite 2100
        Cleveland, Ohio  44113
        (216) 210-0470 - phone
        (216) 696-1718 - Fax
        teconway@sbcglobal.net - Email

## **CERTIFICATE OF SERVICE**

I certify that the forgoing was filed electronically on March 18, 2018.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system, and can be accessed through said system.

        /s/ Thomas E. Conway
        Thomas E. Conway
        Attorney for Defendant