UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:18 CR 22 |
| Plaintiff | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| PHILLIP R. DURACHINSKY, | ) | |
| Defendant | ) | STATUS CONFERENCE ORDER |

The court held a telephonic status conference with counsel for the parties in the above-captioned case on July 26, 2019, at 10:00 a.m. to discuss scheduling in preparation for a ruling on Defendant's pending Motion to Suppress (ECF No. 63), and to receive the parties' input as to whether the taking of additional evidence or a hearing would be necessary.

After thorough discussion, the court determined an evidentiary hearing is warranted in this case. Accordingly, as instructed during the conference, the parties should be prepared to present evidence regarding the exigent circumstances the Government claims were present, whether Defendant's parents consented to enter their home, testimony from Defendant's computer expert and testimony regarding the phone calls Defendant received while at work.

IT IS SO ORDERED.

/S/ SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

July 29, 2019