IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:18CR22 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| PHILLIP R. DURANCHINSKY | ) | <u>MOTION TO CONTINUE SUPPRESSION HEARING</u> |
| | ) | |
| Defendant. | ) | |
| | ) | |

Now comes the United States of America, by and through its counsel, Justin E. Herdman, United States Attorney, and Daniel J. Riedl, Assistant United States Attorney, and moves to continue the pre-trial suppression hearing scheduled on October 16, 2019, at 1:30 p.m. None of the attorneys for the government will be available for this hearing. AUSA Om M. Kakani will be on paternity leave through October 18, 2019. AUSA Daniel J. Riedl will be out of the state on a personal vacation that has been planned for several months. Department of Justice Computer Crimes and Intellectual Property Section Attorney Brian Levine will leave the service of the federal government on October 4, 2019. Mr. Levine will be replaced on this case by DOJ attorney Matthew R. Walczewski, however Mr. Walczewski is scheduled to present at an out of state conference on October 16, 2019. The attorneys for the government and the government's witnesses are available on October 21, 22, 24 or 25 the following week. If none of those dates are convenient for the Court, the government respectfully requests the opportunity for the parties

to schedule a mutually-agreeable hearing date with the Court.  This motion is made in good faith and not for purposes of delay.

                    Respectfully submitted,

                    Justin E. Herdman
                    United States Attorney

By:    /s/ Daniel J. Riedl
                    Daniel J. Riedl (OH: 0076798)
                    Assistant U.S. Attorney
                    U.S. Courthouse, Suite 400
                    801 West Superior Avenue
                    Cleveland, Ohio  44113
                    Telephone: 216-622-3669
                    Facsimile:  216-685-2378
                    E-mail:  daniel.riedl@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 20th day of September 2019, a copy of the foregoing Motion to Continue Suppression Hearing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

<u>/s/ Daniel J. Riedl</u>
Daniel J. Riedl
Assistant U.S. Attorney