IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:18-CR-22 |
| | ) | |
| Plaintiff | ) | JUDGE: SOLOMON OLIVER, JR. |
| | ) | |
| vs. | ) | |
| | ) | |
| PHILLIP DURACHINSKY, | ) | |
| | ) | **DEFENDANT PHILLIP DURACHINSKY'S** |
| Defendant | ) | **MOTION TO SET CASE FOR TRIAL** |

Defendant Phillip Durachinsky, by and through attorney Thomas E. Conway, respectfully requests that This Honorable Court set this case for trial. It is undersigned counsel's belief that the parties would be available and prepared to proceed to trial in January 2021 or February 2021.

    Respectfully submitted,

    /s/ Thomas E. Conway
    Thomas E. Conway (Reg. 0021183)
    Attorney for Defendant
    55 Public Square  Suite 2100
    Cleveland, Ohio  44113
    (216) 210-0470 - phone
    (216) 696-1718 - Fax
    teconway@sbcglobal.net - Email

**CERTIFICATE OF SERVICE**

I certify that the forgoing was filed electronically on June 19, 2020.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system, and can be accessed through said system.

    /s/ Thomas E. Conway
    Thomas E. Conway
    Attorney for Defendant