IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:18CR22 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| PHILLIP DURACHINSKY, | ) | NOTICE OF APPEARANCE AND |
| | ) | SUBSTITUTION OF COUNSEL |
| Defendant. | ) | |

Now comes the United States of America, by and through its attorneys, Justin E. Herdman, United States Attorney, and Michael Sullivan, Assistant United States Attorney, and hereby enters his appearance as attorney of record for the government in the within action, and respectfully requests this Court that he be substituted for, and in place of, Om Kakani, for all further proceedings and notices in the within action, as attorney for the United States of America.

    Respectfully submitted,

    JUSTIN E. HERDMAN
    United States Attorney

By:   /s/ Michael A. Sullivan
    Michael A. Sullivan (NY: 2249993)
    Assistant United States Attorney
    United States Court House
    801 West Superior Avenue, Suite 400
    Cleveland, OH 44113
    (216) 622-3977
    (216) 522-8355 (facsimile)
    Michael.A.Sullivan@usdoj.gov