# UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CASE NO.   1:18-cr-00022-SO |
| | * | |
| | * | |
| Phillip R. Durachinsky | * | |
| | ***** | |

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING

[✓]  In accordance with Standing Order 2020-06, this Court finds:

[✓]  That the Defendant has consented to the use of video teleconferencing/ teleconferencing to conduct the proceeding(s) held today, after consultation with counsel;

and

The proceeding(s) held on this date may be conducted by:

[✓]  Video Teleconferencing

[ ]  Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

   [ ]  The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

   [ ]  Other:

_____

_____

Date:  3/10/2023

s/Jonathan D. Greenberg
_____
United States Magistrate Judge