FILED
DEC 18 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>PHILLIP R. DURACHINSKY,<br>Defendant. | CASE NO.: 1:18-CR-00022<br><br>JUDGE: SOLOMON OLIVER, JR.<br><br>NOTICE OF APPEAL |

Notice is hereby given that Phillip R. Durachinsky, the Defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the orders finding the Defendant has an inadequate capacity to stand trial and assist in his defense and committing him to the Attorney General to determine if he can be restored to competency, entered in this action on the 8th day of December, 2023.

Dated: December 14, 2023

*Phillip R Durachinsky*

Phillip R. Durachinsky
Defendant