Phillip R. Durachinsky / 0065917
Mahoning County Justice Center
110 Fifth Avenue
Youngstown, OH 44503



INMATE
CORRESPONDENCE

Clerk of Court
Carl B. Stokes U.S. Court House
801 West Superior Avenue
Cleveland, OH 44113

44113-183025