**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:18CR022 |
| | : | |
| Plaintiff, | : | |
| | : | JUDGE SOLOMON OLIVER, JR. |
| -vs- | : | |
| | : | |
| PHILLIP R. DURACHINSKY, | : | **DEFENDANT'S MOTION TO** |
| | : | **CONTINUE COMPETENCY HEARING** |
| Defendant. | : | |

Phillip R. Durachinsky, through counsel, respectfully moves this Honorable Court for a 30-Day continuance of the Competency hearing currently scheduled for July 19, 2024, due to unforeseen delays in getting a new contract for our forensic psychologist in place to allow him to review the BOP reports and re-evaluate Mr. Durachinsky if he deems it necessary. The ends of justice served by granting this motion outweigh the best interests of the public and Mr. Durachinsky in a speedy trial. Defense counsel has discussed this matter Assistant U.S. Attorney Matthew W. Shepherd. He stated that the government has no objection to this request provided the defense requests that the Court make the ends of justice finding set forth above, and the defense does so request.

For these reasons, Mr. Durachinsky requests that the Court grant this motion.

Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar: 0051928

*/s/ Darin Thompson*
DARIN THOMPSON
Assistant Federal Public Defender
Ohio Bar: 0067093
1660 West Second Street, Suite 750
Cleveland, Ohio 44113
(216) 522-4856 Fax: (216) 522-4321
e-mail address: darin_thompson@fd.org