**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CASE NO. 1:18-CR-00022** |
| | : | |
| **Plaintiff,** | : | **JUDGE SOLOMON OLIVER, JR.** |
| | : | |
| **v.** | : | |
| | : | |
| **PHILLIP DURACHINSKY,** | : | **NOTICE OF WITHDRAWAL** |
| | : | |
| **Defendant.** | : | |

Now comes the United States of America, and hereby informs the Court that Jeffrey Pearlman, Trial Attorney for the Computer Crime and Intellectual Property Section, Criminal Division, United States Department of Justice, is withdrawing from the case.

Respectfully submitted,

Jeff Pearlman (D.C. Bar 466-901)
Trial Attorney
Computer Crime and Intellectual Property Section
Criminal Division
United States Department of Justice
1301 New York Avenue NW, Sixth Floor
Washington, D.C. 20005
202-579-6543
JEFFREY.PEARLMAN@USDOJ.GOV