IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:18-CR-00022 |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) | |
| PHILLIP R. DURACHINSKY, | ) | MOTION FOR WITHDRAWAL OF COUNSEL |
| Defendant. | ) | |

Now comes the United States of America, by and through counsel, David M. Toepfer, United States Attorney, and Brian S. Deckert, Assistant U. S. Attorney, and moves this Court for permission for former Assistant United States Attorney Om Kakani to withdraw as counsel of record as he is no longer with the office, and requests that the Court no longer include him on the ECF system for this case. The instant case is currently assigned to Brian S. Deckert and Matthew W. Shepherd, Assistant U. S. Attorneys, who will receive all ECF notifications.

Respectfully submitted,

DAVID M. TOEPFER
United States Attorney

By: /s/ Brian S. Deckert

Brian S. Deckert (OH: 0071220)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3873
(216) 685-2378 (facsimile)
Brian.Deckert@usdoj.gov